IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**

NOV 1 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| LAMAD CROSS, ) | Title 18, U.S.C. § 922(o) |
| ) | |
| Defendant. ) | |

1:22CR00160 SNLJ/ ACL

# INDICTMENT

## COUNT I

**THE GRAND JURY CHARGES THAT:**

On or about September 27, 2022, in Cape Girardeau County, Missouri, within the Southeastern Division of the Eastern District of Missouri, **Lamad Cross**, the defendant herein, knowingly and unlawfully transferred a machine gun, namely a plastic "drop in auto sear", which is a part designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(0), and punishable under Title 18, United States Code, Section 924(a)(2).

## **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
Foreperson

SAYLER A. FLEMING
United States Attorney

_____
Tim J. Willis, # 62428MO
Assistant United States Attorney